No. 922. IKE WINDSOR *v.* UNITED STATES. April 30, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. William Gordon* for petitioner. No brief filed for the United States.

---

No. 959. UNITED STATES FIDELITY & GUARANTY COMPANY *v.* ROBERT S. BLAKE, A MINOR, ETC.; and

No. 960. UNITED STATES FIDELITY & GUARANTY COMPANY *v.* GRACE TWIGGS BLAKE. April 30, 1923. Petitions for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Maurice McMicken* and *Mr. Joseph A. McCullough* for petitioner. No appearance for respondents.

---

No. 972. NEW YORK, PHILADELPHIA & NORFOLK TELEGRAPH COMPANY *v.* JOHN I. DOLAN, COLLECTOR OF TAXES, ETC. Error to the Supreme Court of the State of Delaware. April 30, 1923. Petition for a writ of certiorari herein denied. *Mr. William C. Fitts, Mr. Horace Greeley Eastburn* and *Mr. Overton Harris,* for plaintiff in error, in support of the petition. *Mr. Reuben Satterthwaite, Jr.,* for defendant in error.

---

No. 975. I. T. S. RUBBER COMPANY *v.* UNITED STATES RUBBER COMPANY. April 30, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles A. Brown* for petitioner. *Mr. Livingston Gifford* and *Mr. Charles S. Jones* for respondent.

---

No. 990. EMANUEL BOOKBINDER *v.* UNITED STATES. April 30, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.